UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEBORAH DUDLEY                                JURY TRIAL DEMANDED

v.                                            CASE NO. 3:06CV

EXPERIAN INFORMATION SOLUTIONS, INC.
MITSUBISHI MOTORS CREDIT
    OF AMERICA, INC.

## COMPLAINT

1. This is an action against defendants for actual, statutory and punitive damages, injunctive relief, costs and attorney's fees brought pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.*, the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a *et seq.*, the Consumer Credit Reports Act ("CCRA"), Conn. Gen. Stat. §36a-695, or common law.

2. This Court's jurisdiction is conferred by 15 U.S.C. §1681p and 28 U.S.C. §1331 and §1367.

3. Plaintiff is an individual who resides in Connecticut.

4. The defendant Experian is an Ohio corporation with a principal place of business in California. Experian has a place of business at Allen TX which is the office to which it directs consumers' disputes about their credit reports.

5. Defendant Experian is a consumer reporting agency within the meaning of the Fair Credit Reporting Act.

6. Defendant Mitsubishi Motors Credit of America, Inc. (MMCA), licensed as a sales finance company in Connecticut, regularly purchased from Shoreline Motors Corp., d/b/a Shoreline Mitsubishi, retail instalment contracts entered into by individuals, and thereafter

furnished information about individual accounts based on the retail instalment contracts to Experian and other consumer reporting agencies.

7. MMCA reported two retail instalment accounts to Experian and others with plaintiff's personal identifiers that appeared on plaintiff's credit files.

8. On January 31, 2006, plaintiff informed Experian that she had never had any account with MMCA, and that a relative had obtained two cars from Shoreline Mitsubishi by misusing plaintiff's personal identifiers. Plaintiff requested the removal of all MMCA accounts.

9. Experian conveyed the dispute to MMCA.

10. MMCA investigated.

11. As a result, Experian sent plaintiff her credit file, Report number 2671622771 asserting that as a result of the investigation, one MMCA account #…4186… was deleted.

12. However, another MMCA account #...0034… was still on plaintiff's credit file.

13. On March 22, 2006, Plaintiff informed Experian that the other MMCA account that resulted from the identity theft should be deleted, as well as several addresses that never belonged to her.

14. Experian conveyed the dispute to MMCA.

15. As a result, Experian sent plaintiff her credit file dated May 10, 20006, Report number 1638147670 retaining MMCA account # …0034….

16. Experian did not delete any of the erroneous addresses.

17. Upon information and belief, each defendant violated the FCRA by failing or refusing to comply with the obligation to properly reinvestigate the plaintiff's disputes or correct her credit file.

18. As a direct and proximate result of such conduct, the plaintiff suffered actual damage including damage to credit reputation, reduction of credit score, anxiety, embarrassment, adverse consequences, inconvenience, and expense.

19. This action does not constitute a request or authorization for any defendant or its representative to access plaintiff's credit file in existence on or after the date hereof.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide, including injunctive relief.

THE PLAINTIFF


BY___/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net